**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELODY S.,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO, Commissioner<br>of Social Security,<br><br>     Defendant. | Case No. 2:25-cv-00378-DTB<br><br>**J U D G M E N T** |

   In accordance with the Order Affirming the Decision of Commissioner filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: May 18, 2026

                      _____
                      DAVID T. BRISTOW
                      UNITED STATES MAGISTRATE JUDGE

1